J. Mark Meinhardt, SBN #027868
Meinhardt Law Firm
1 East Washington Street, Suite 500
Phoenix, Arizona 85004-2558
(602) 714-7139
meinhardtlaw@gmail.com
Attorney for Plaintiff

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA**

**SANTIAGO SERMENO,**

        **Plaintiff,**          **Civil Action Number**
  **vs.**         **2:13-cv-01828-HRH**

**PERFORMANT RECOVERY, INC.,**     **STIPULATION OF DISMISSAL
                                                                      WITH PREJUDICE**
        **Defendant.**

---

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), the Plaintiff Santiago Sermeno, and the Defendant Performant Recovery, Inc., hereby stipulate to the dismissal of the above-styled case and any claims that were raised or that could have been raised in this action, <u>with prejudice</u>, each side to bear its own costs and attorneys fees.

        Respectfully submitted,

        By <u>s/ J. Mark Meinhardt</u>
        J. Mark Meinhardt, SBN #027868
        Meinhardt Law Firm
        1 East Washington Street, Suite 500
        Phoenix, Arizona 85004-2558
        Telephone:    (602) 714-7139
        Email:         meinhardtlaw@gmail.com
        **ATTORNEY FOR PLAINTIFF**

By s/ Cynthia L. Fulton
Cynthia L. Fulton, SBN #012480
Fulton Friedman & Gullace LLP
2345 East Thomas Rd., Ste. 460
Phoenix, AZ 85016
Telephone: (602) 748-4331
Email: cynthia.fulton@fultonfriedman.com
**ATTORNEY FOR DEFENDANT**